# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 2, 2009

Charles R. Fulbruge III
Clerk

No. 06-11374
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CLINTON WADE DUNSON,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:06-CR-97-ALL

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

This case returns to us on remand from the Supreme Court of the United States. The Supreme Court vacated our judgment and remanded the case for further consideration in light of *Arizona v. Gant*, 129 S. Ct. 1710 (2009). We retain jurisdiction of the appeal and remand for the limited purpose of having

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court conduct an evidentiary hearing and whatever other proceedings it deems appropriate for a determination on the issue of inevitable discovery. *See United States v. Casper*, 2009 WL 2921732 at *1 (5th Cir. Sept. 14, 2009); *see also United States v. Runyan*, 275 F.3d 449, 466-67 (5th Cir. 2001).

REMANDED.